IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                             Civil Action No. 3:16cv545

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having considered the JOINT MOTION FOR ORDER SETTING DEADLINES (ECF No. 67), and concluding that the proposed schedule should be amended, the Court considers that, to assure adequate time to consider summary judgment and manage the case, the schedule must be changed to have the expert disclosures occur on January 16, 2017, February 17, 2017 and February 24, 2017; and to provide for the close of discovery to occur on March 10, 2017, and to have summary judgment motions filed according to the following schedule:

    Motions and opening briefs    March 17, 2017

    Response briefs:    March 31, 2017

    Reply briefs:    April 5, 2017

    Oral argument, if required:    April 21, 2107

Further, the entry at the bottom of page 2 should state the date as June 12, 2017 and the text should read: "Each party shall deliver to Court on the day of trial two sets of pre-marked, indexed exhibits (one for Judge Payne; one for the witness)." The paragraph dealing

with the Initial Pretrial Order should be deleted and the following should appear in its stead:

> The provisions of the Initial Pretrial Order (ECF No. 65) and its attached Pretrial Schedule A, shall govern proceedings herein unless this Order provides otherwise.

Counsel shall confer forthwith and shall file, by November 7, 2016 any objections to the revisions and, if there are none, shall submit a revised proposed Order by that date reflecting the changes set forth above.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 2, 2016