UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| STEVES AND SONS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 3:16-cv-545-REP<br>)<br>) |
| JELD-WEN, INC., | )<br>) |
| Defendant. | )<br>)<br>) |

## [PROPOSED] ORDER

Having reviewed the Parties' Joint Motion for Order Setting Deadlines, the Joint Response to the Court's November 3, 2016 Order, and for good cause shown, it is hereby ORDERED that the following deadlines shall govern the proceedings in this action:

| Date | Deadline |
|---|---|
| November 18, 2016 | Deadline to produce any materials previously produced to the United States Department of Justice relating to the 2012 Craftmaster merger |
| November 30, 2016 | Parties to exchange names of experts and topics of expert testimony |
| December 5, 2016 | Deadline to produce financial and sales data from centralized files or computer systems that are responsive to the currently propounded Requests for Production |
| December 19, 2016 | Document production to be completed |
| December 23, 2016 | Privilege logs to be exchanged |
| January 16, 2017 | Deadline for Plaintiff's expert disclosures |
| February 17, 2017 | Deadline for Defendant's expert disclosures |
| February 24, 2017 | Deadline for rebuttal expert disclosures |

| Date | Deadline |
|---|---|
| March 10, 2017 | Close of Discovery |
| March 17, 2017 | Deadline for motions for summary judgment to be filed |
| March 31, 2017 | Deadline for oppositions to motions for summary judgment to be filed |
| April 5, 2017 | Deadline for reply briefs in support of summary judgment to be filed |
| April 21, 2017 /0:00 AM REP | **Hearing on Motions for Summary Judgment (if required)** |
| May 12, 2017 | Parties to meet and confer regarding stipulations |
| May 15, 2017 | Parties shall exchange discovery (including deposition designations) intended for use at trial |
| May 18, 2017 | Plaintiff's witness and exhibit lists due to be filed and set of exhibits due to Opposing Counsel |
| May 22, 2017 | Defendant's witness and exhibit lists due to be filed and set of exhibits due to Opposing Counsel |
| May 22, 2017 | All parties shall serve on all counsel, a list of all fairness or rebuttal designations and amended summaries, as appropriate. |
| May 24, 2017 | Objections to exhibits shall be filed |
| May 25, 2017 | Written stipulations shall be signed by each counsel and filed |
| May 25, 2017 | Any objection to the introduction of any discovery designation or parts thereof or any summary shall be filed by each of the parties in writing |
| May 26, 2017 | Last day for hearing on motions *in limine* |
| May 26, 2017 | Counsel shall confer to resolve objections to discovery designations |
| May 31, 2017 | File and Provide Opposing Counsel and the Court with a conformed set of all designated discovery |
| June 2, 2017 | Each party shall file a complete set of proposed jury instructions |
| June 5, 2017 at 10:00 a.m. EDT | **Final Pretrial Conference** |

| Date | Deadline |
|---|---|
| June 5, 2017 | Objections to jury instructions to be filed |
| June 5, 2017 | Proposed *voir dire* to be filed |
| June 8, 2017 | Plaintiff to file a set of agreed jury instructions and a separate set of disputed jury instructions |
| June 9, 2017 | Objections to *voir dire* to be filed |
| June 12, 2017 | Each party shall deliver to Court on the day of trial two sets of pre-marked, indexed exhibits (one for Judge Payne; one for the witness) |
| June 12, 2017 at 9:30 a.m. EDT | **Trial to Commence** |

The provisions of the Initial Pretrial Order (ECF No. 65) and its attached Pretrial Schedule A shall govern proceedings herein unless this Order provides otherwise.

It is so ORDERED.

Richmond, Virginia

Dated: November 9, 2016
/Rep

/s/ REP
Robert E. Payne
Senior United States District Judge

3