UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| STEVES AND SONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:16-cv-545-REP |
| v. ) | |
| ) | |
| JELD-WEN, INC., ) | |
| ) | |
| Defendant. ) | |

F I L E D
JAN - 5 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## ORDER

Having reviewed the Parties' Joint Motion to Amend Scheduling Order, and for good cause shown, it is hereby ORDERED that the scheduling Order (Dkt. No. 70), entered November 10, 2016, is amended as follows:

- o Plaintiff shall make its expert disclosures no later than January 30, 2017;

- o Defendant shall make its expert disclosures no later than March 3, 2017; and

- o Any rebuttal expert disclosures shall be made no later than March 10, 2017.

Any deadline not set forth above shall be governed by the provisions of the scheduling Order (Dkt. No. 70), entered November 10, 2016, or the Initial Pretrial Order (Dkt. No. 65), entered October 19, 2016, which shall otherwise remain in effect.

It is so ORDERED.

Richmond, Virginia

Dated: January 5, 2017

/s/ REP
Hon. Robert E. Payne
Senior United States District Judge