IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



STEVES AND SONS, INC.,

    Plaintiff,

v.                                  Civil Action No. 3:16cv545

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having conferred with counsel on March 28, 2017, it is hereby ORDERED that the ORDER (ECF No. 70) regarding pretrial deadlines is VACATED.

It is so ORDERED.

                                                   /s/      *REP*
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: March 28, 2017