UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:16-CV-00545-REP |
| ) | |
| JELD-WEN, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT JELD-WEN, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND IV OF PLAINTIFF STEVES AND SONS, INC.'S COMPLAINT**

Defendant JELD-WEN, Inc. ("JELD-WEN"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for an order granting summary judgment on Counts I and IV of the Complaint filed by Plaintiff Steves and Sons, Inc. ("Steves") on June 29, 2016.

As set forth more fully in the accompanying memorandum of law, the grounds for this motion are as follows:

1. Steves' claim under Section 4 of the Clayton Act fails because JELD-WEN's alleged breach of the Supply Agreement does not constitute antitrust injury, as a matter of law.

2. Steves' Section 4 claim also fails because Steves has conceded that it has not presented any evidence of the prices that it would have paid, or the quality of doorskins that would have been different, in the absence of JELD-WEN's acquisition of Craftmaster, Inc. ("CMI"). Proof of contract damages, i.e., the difference between the prices that Steves paid, and those it would have paid if JELD-WEN had not allegedly breached the contract, or proof of what

JELD-WEN allegedly owes Steves for defective doorskins, does not constitute proof of impact from the alleged antitrust violation, as a matter of law.

3. Steves' claim for future lost profits damages under Section 4 of the Clayton Act fails because Steves cannot recover future damages based on an injury that has not yet occurred, and that is based on a contingent and speculative chain of events that may or may not occur at some point in the future. Thus, Steves does not have constitutional standing to pursue this claim.

4. Steves is not entitled to divestiture under Section 16 of the Clayton Act as a matter of law. Steves' claim for relief is barred by the doctrine of laches because Steves inexcusably delayed for years in bringing this lawsuit, while JELD-WEN integrated the operations, employees, and assets of CMI into its own company. Steves' claims for future threatened antitrust injury are also impermissibly speculative, rendering divestiture unavailable as a matter of law.

5. This Court lacks jurisdiction to consider Steves' request for declaratory judgment regarding the termination date of the Supply Agreement (Count IV). JELD-WEN has agreed to the termination date requested by Steves in Count IV and that JELD-WEN will continue to supply Steves with doorskins until that date. There is no case or controversy for the Court to decide regarding the effective termination date of the Supply Agreement.

Dated: September 22, 2017

Respectfully submitted,

JELD-WEN, Inc.

By counsel

/s/Harrison M. Gates
Michael W. Smith (VSB #01125)

Craig T. Merritt (VSB #20281)
R. Braxton Hill, IV (VSB # 41539)
Harrison M. Gates (VSB #80385)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100 – Tel.
(804) 697-4112 – Fax
msmith@cblaw.com
cmerritt@cblaw.com
bhill@cblaw.com
hgates@cblaw.com

Margaret M. Zwisler *(pro hac vice)*
J. Scott Ballenger *(pro hac vice)*
Allyson M. Maltas (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202) 637-2200 – Tel.
(202) 637-2201 – Fax
margaret.zwisler@lw.com
scott.ballenger@lw.com
allyson.maltas@lw.com

Alfred C. Pfeiffer (*pro hac vice*)
Sarah M. Ray (*pro hac vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 – Tel.
(415) 395-8095 – Fax
al.pfeiffer@lw.com
sarah.ray@lw.com

Lawrence E. Buterman *(pro hac vice)*
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200 – Tel.
(212) 751-4864 – Fax
lawrence.buterman@lw.com

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of September 2017, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

      Lewis F. Powell III
      John S. Martin
      Alexandra L. Klein
      Maya M. Eckstein
      Paul T. Nyffeler
      Hunton & Williams LLP
      Riverfront Plaza, East Tower
      951 East Broad Street
      Richmond, VA 23219
      (804) 788-8200 – Tel.
      (804) 788-8218 – Fax
      lpowell@hunton.com
      martinj@hunton.com
      aklein@hunton.com
      meckstein@hunton.com
      pnyffeler@hunton.com

      Ted Dane
      Glenn Pomerantz
      Gregory Sergi
      Munger, Toiles & Olson LLP
      350 South Grand Avenue, 50th Floor
      Los Angeles, CA 90071
      (213) 683-9288 – Tel.
      (213) 683-4088 – Fax
      ted.dane@mto.com
      glenn.pomerantz@mto.com
      gregory.sergi@mto.com

      Kyle Mach
      Joshua Patashnik
      Emily Curran-Huberty
      Munger, Toiles & Olson LLP
      560 Mission Street, 27th Floor
      San Francisco, CA 94105

(415) 512-4000 – Tel.
(415) 512-4077 – Fax
kyle.mach@mto.com
josh.patashnik@mto.com
emily.curran-hubery@mto.com

*Attorneys for Plaintiff*

Marvin G. Pipkin
Kortney Kloppe-Orton
Pipkin Law
10001 Reunion Place, Suite 6400
San Antonio, TX 78216
(210) 731-6495 – Tel.
(210) 293-2139 - Fax


*Of Counsel*


/s/Harrison M. Gates
Michael W. Smith (VSB #01125)
Craig T. Merritt (VSB #20281)
R. Braxton Hill, IV (VSB # 41539)
Harrison M. Gates (VSB #80385)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100 –  Tel.
(804) 697-4112 – Fax
msmith@cblaw.com
cmerritt@cblaw.com
bhill@cblaw.com
hgates@cblaw.com

Margaret M. Zwisler *(pro hac vice)*
J. Scott Ballenger *(pro hac vice)*
Allyson M. Maltas *(pro hac vice)*
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202) 637-2200 – Tel.
(202) 637-2201 – Fax
margaret.zwisler@lw.com
scott.ballenger@lw.com
allyson.maltas@lw.com

2

Alfred C. Pfeiffer (*pro hac vice*)
Sarah M. Ray (*pro hac vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 – Tel.
(415) 395-8095 – Fax
al.pfeiffer@lw.com
sarah.ray@lw.com

Lawrence E. Buterman *(pro hac vice)*
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200 – Tel.
(212) 751-4864 – Fax
lawrence.buterman@lw.com

*Attorneys for Defendant*