UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| STEVES AND SONS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:16-cv-545-REP ) |
| JELD-WEN, INC., | ) ) ) |
| Defendant. | ) ) |

## **PLAINTIFFS' PROPOSED JURY INSTRUCTIONS**

Comes now the plaintiff, Steves and Sons, Inc. and respectfully submits as Exhibit A hereto Proposed Jury Instructions.

Dated: January 10, 2018

                                        Respectfully submitted,

                                        **STEVES AND SONS, INC.**

                                        By:   /s/Lewis F. Powell III
                                        Lewis F. Powell III (VSB No. 18266)
                                        John S. Martin (VSB No. 34618)
                                        Maya M. Eckstein (VSB No. 41413)
                                        Alexandra L. Klein (VSB No. 87711)
                                        HUNTON & WILLIAMS LLP
                                        Riverfront Plaza, East Tower
                                        951 East Byrd Street
                                        Richmond, Virginia 23219-4074
                                        Telephone: (804) 788-8200
                                        Facsimile:  (804) 788-8218
                                        lpowell@hunton.com
                                        martinj@hunton.com
                                        meckstein@hunton.com
                                        aklein@hunton.com

                                        Glenn D. Pomerantz (pro hac vice)

Ted Dane (pro hac vice)
Kyle W. Mach (pro hac vice)
Joshua Patashnik (pro hac vice)
Emily C. Curran-Huberty (pro hac vice)
Gregory M. Sergi (pro hac vice)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-9132
Facsimile:  (213) 683-5161

*Attorneys for Plaintiff*

Marvin G. Pipkin
Kortney Kloppe-Orton
PIPKIN LAW
10001 Reunion Place, Suite 6400
San Antonio, TX 78216
Telephone:     (210) 731-6495
Facsimile:     (210) 293-2139

*Of Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2018, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system.

By /s/ Lewis F. Powell III
Lewis F. Powell III