UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JELD-WEN, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 3:16-CV-00545-REP |

### DEFENDANT JELD-WEN, INC.'S PROPOSED JURY INSTRUCTIONS

Pursuant to the Court's instruction during the January 22, 2018 Pretrial Conference, Defendant JELD-WEN, Inc. ("JELD-WEN") respectfully submits its Proposed Jury Instructions, attached as Attachment A. JELD-WEN understands the Court to have encouraged the parties to conform the instructions to the applicable model instructions where available, and JELD-WEN has done so accordingly. For ease of the Court's reference, JELD-WEN has bolded language in the instructions that is taken from the applicable model instruction except for including the names of the parties and other case-specific information from this action, leaving unbolded any other modifications or language that JELD-WEN additionally proposes.

Dated: January 26, 2018

Respectfully submitted,

JELD-WEN, Inc.

By counsel

/s/ Ryan T. Andrews

Ryan T. Andrews (VSB# 90519)
Margaret M. Zwisler *(pro hac vice)*
J. Scott Ballenger *(pro hac vice)*
Allyson M. Maltas *(pro hac vice)*
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202) 637-2200 – Tel.
(202) 637-2201 – Fax
ryan.andrews@lw.com
margaret.zwisler@lw.com
scott.ballenger@lw.com
allyson.maltas@lw.com

Alfred C. Pfeiffer (*pro hac vice*)
Sarah M. Ray (*pro hac vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 – Tel.
(415) 395-8095 – Fax
al.pfeiffer@lw.com
sarah.ray@lw.com

Lawrence E. Buterman *(pro hac vice)*
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200 – Tel.
(212) 751-4864 – Fax
lawrence.buterman@lw.com

Harrison M. Gates (VSB #80385)
Michael W. Smith (VSB #01125)
Craig T. Merritt (VSB #20281)
R. Braxton Hill, IV (VSB # 41539)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100 – Tel.
(804) 697-4112 – Fax
hgates@cblaw.com
msmith@cblaw.com
cmerritt@cblaw.com
bhill@cblaw.com

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

     I hereby certify that on the 26th day of January 2018, the following counsel of record have been served by electronic mail with a true and correct copy of the foregoing, including:

     Lewis F. Powell III
     John S. Martin
     Alexandra L. Klein
     Maya M. Eckstein
     Paul T. Nyffeler
     Douglas M. Garron
     R. Dennis Fairbanks, Jr.
     William H. Wright, Jr.
     Hunton & Williams LLP
     Riverfront Plaza, East Tower
     951 East Byrd Street
     Richmond, VA 23219
     (804) 788-8200 – Tel.
     (804) 788-8218 – Fax
     lpowell@hunton.com
     martinj@hunton.com
     aklein@hunton.com
     meckstein@hunton.com
     pnyffeler@hunton.com
     dgarrou@hunton.com
     dfairbanks@hunton.com
     cwright@hunton.com

     Ted Dane
     Glenn Pomerantz
     Gregory Sergi
     Munger, Tolles & Olson LLP
     350 South Grand Avenue, 50th Floor
     Los Angeles, CA 90071
     (213) 683-9288 – Tel.
     (213) 683-4088 – Fax
     ted.dane@mto.com
     glenn.pomerantz@mto.com
     gregory.sergi@mto.com

     Kyle Mach
     Joshua Patashnik
     Emily C. Curran-Huberty
     Munger, Tolles & Olson LLP

560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000 – Tel.
(415) 512-4077 – Fax
kyle.mach@mto.com
josh.patashnik@mto.com
emily.curran-huberty@mto.com

*Attorneys for Plaintiff*

Marvin G. Pipkin
Kortney Kloppe-Orton
Pipkin Law
10001 Reunion Place, Suite 6400
San Antonio, TX 78216
(210) 731-6495 – Tel.
(210) 293-2139 – Fax

*Of Counsel*

/s/ Ryan T. Andrews
Ryan T. Andrews (VSB# 90519)
Margaret M. Zwisler *(pro hac vice)*
J. Scott Ballenger *(pro hac vice)*
Allyson M. Maltas *(pro hac vice)*
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202) 637-2200 – Tel.
(202) 637-2201 – Fax
ryan.andrews@lw.com
margaret.zwisler@lw.com
scott.ballenger@lw.com
allyson.maltas@lw.com

Alfred C. Pfeiffer *(pro hac vice)*
Sarah M. Ray *(pro hac vice)*
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 – Tel.
(415) 395-8095 – Fax
al.pfeiffer@lw.com
sarah.ray@lw.com

Lawrence E. Buterman *(pro hac vice)*
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200 – Tel.
(212) 751-4864 – Fax
lawrence.buterman@lw.com

Harrison M. Gates (VSB #80385)
Michael W. Smith (VSB #01125)
Craig T. Merritt (VSB #20281)
R. Braxton Hill, IV (VSB # 41539)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100 – Tel.
(804) 697-4112 – Fax
hgates@cblaw.com
msmith@cblaw.com
cmerritt@cblaw.com
bhill@cblaw.com

*Attorneys for Defendant*