UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:16-CV-00545-REP |
| ) | |
| JELD-WEN, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT AND COUNTERCLAIMANT JELD-WEN, INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF ITS MEMORANDUM IN OPPOSITION TO STEVES AND SONS, INC.'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO**

Defendant and Counterclaimant JELD-WEN, Inc. ("JELD-WEN"), by counsel, pursuant to Rule 5(c) of the Local Civil Rules, respectfully moves for an order sealing portions of JELD-WEN, Inc.'s Memorandum in Opposition to Steves and Sons, Inc.'s Motion for Summary Judgment ("Memorandum") and accompanying Exhibits 1-3, 5-20, 22-44, 46, 48-50.

As required by Local Civil Rule 5, JELD-WEN, Inc.'s Memorandum and the accompanying exhibits sought to be sealed are being filed contemporaneously herewith. The grounds for this motion, more fully set forth in the memorandum in support filed contemporaneously with this motion, are as follows:

1. JELD-WEN has legitimate grounds for filing under seal to prevent public disclosure of its trade secrets;

2. Sealing is necessary because the material sought to be filed under seal includes JELD-WEN's confidential and commercially sensitive information; and

3. JELD-WEN seeks to file under seal information designated "Highly Confidential"

by Steves & Sons, Inc. and/or third parties John Pierce, John Ambruz, Globe Machine Manufacturing, and Proteak.

JELD-WEN respectfully requests that the Court issue an order granting its motion pursuant to Local Civil Rule 5(c).

Dated: February 14, 2018

Respectfully submitted,

JELD-WEN, Inc.

By counsel

/s/Harrison M. Gates
Michael W. Smith (VSB #01125)
Craig T. Merritt (VSB #20281)
R. Braxton Hill, IV (VSB # 41539)
Harrison M. Gates (VSB #80385)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100 – Tel.
(804) 697-4112 – Fax
msmith@cblaw.com
cmerritt@cblaw.com
bhill@cblaw.com
hgates@cblaw.com

Margaret M. Zwisler (pro hac vice)
J. Scott Ballenger (pro hac vice)
Allyson M. Maltas (pro hac vice)
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202) 637-2200 – Tel.
(202) 637-2201 – Fax
margaret.zwisler@lw.com
scott.ballenger@lw.com
allyson.maltas@lw.com

Alfred C. Pfeiffer (pro hac vice)
Sarah M. Ray (pro hac vice)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000

2

San Francisco, CA 94111
(415) 391-0600 – Tel.
(415) 395-8095 – Fax
al.pfeiffer@lw.com
sarah.ray@lw.com

Lawrence E. Buterman *(pro hac vice)*
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200 – Tel.
(212) 751-4864 – Fax
lawrence.buterman@lw.com

*Attorneys for Defendant and Counterclaimant*

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2018, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

    Lewis F. Powell III
    John S. Martin
    Alexandra L. Klein
    Maya M. Eckstein
    Douglas M. Garrou
    R. Denis Fairbanks, Jr.
    Hunton & Williams LLP
    Riverfront Plaza, East Tower
    951 East Byrd Street
    Richmond, VA 23219
    (804) 788-8200 – Tel.
    (804) 788-8218 – Fax
    lpowell@hunton.com
    martinj@hunton.com
    aklein@hunton.com
    meckstein@hunton.com
    dgarrou@hunton.com
    dfairbanks@hunton.com

    Ted Dane
    Glenn Pomerantz
    Gregory Sergi
    Munger, Tolles & Olson LLP
    350 South Grand Avenue, 50th Floor
    Los Angeles, CA 90071
    (213) 683-9288 – Tel.
    (213) 683-4088 – Fax
    ted.dane@mto.com
    glenn.pomerantz@mto.com
    gregory.sergi@mto.com

    Kyle Mach
    Joshua Patashnik
    Emily Curran-Huberty
    Munger, Tolles & Olson LLP
    560 Mission Street, 27th Floor

San Francisco, CA 94105
(415) 512-4000 – Tel.
(415) 512-4077 – Fax
kyle.mach@mto.com
josh.patashnik@mto.com
emily.curran-huberty@mto.com

*Attorneys for Plaintiff*

Marvin G. Pipkin
Kortney Kloppe-Orton
Pipkin Law
10001 Reunion Place, Suite 6400
San Antonio, TX 78216
(210) 731-6495 – Tel.
(210) 293-2139 - Fax

*Of Counsel*

/s/Harrison M. Gates
Michael W. Smith (VSB #01125)
Craig T. Merritt (VSB #20281)
R. Braxton Hill, IV (VSB # 41539)
Harrison M. Gates (VSB #80385)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100 – Tel.
(804) 697-4112 – Fax
msmith@cblaw.com
cmerritt@cblaw.com
bhill@cblaw.com
hgates@cblaw.com

Margaret M. Zwisler *(pro hac vice)*
J. Scott Ballenger *(pro hac vice)*
Allyson M. Maltas *(pro hac vice)*
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202) 637-2200 – Tel.
(202) 637-2201 – Fax
margaret.zwisler@lw.com
scott.ballenger@lw.com
allyson.maltas@lw.com

Alfred C. Pfeiffer (*pro hac vice*)
Sarah M. Ray (*pro hac vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 – Tel.
(415) 395-8095 – Fax
al.pfeiffer@lw.com
sarah.ray@lw.com

Lawrence E. Buterman *(pro hac vice)*
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200 – Tel.
(212) 751-4864 – Fax
lawrence.buterman@lw.com

*Attorneys for Defendant and Counterclaimant*