UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                                              Civil Action No. 3:16cv545

JELD-WEN, INC.,

    Defendant.

**ORDER**

It is hereby ORDERED that a case management conference will occur by telephone on February 20, 2018 at 11:00 a.m. for purposes of discussing the following questions:

(1) the need for any further briefing on JELD-WEN, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW AGAINST STEVES & SONS, INC. (ECF No. 968) respecting the effect of an award of future lost profit damages on that aspect of the plaintiff's Complaint seeking divestiture;

(2) the need for further briefing on that aspect of JELD-WEN, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW AGAINST STEVES & SONS, INC. (ECF No. 968) that was addressed to the various breach of contract claims as to which the Court took the motion under advisement;

(3) when the plaintiff must elect remedies;

(4) when judgment should be entered on the verdict;

(5) a schedule for briefing whether antitrust damages should be trebled;

(6) a schedule for the submission of the Petition for Attorneys' Fees;

(7) whether the hearing on the issue of remedies currently set for February 28, 2018 at 10:00 a.m. should be moved;

(8) the kind of evidence to be heard on the issue of remedies and the expected duration of the presentation of such evidence;

(9) whether a resumption of settlement negotiations is appropriate and, if so, how they should be conducted and on what schedule; and

(10) change of date (currently March 12, 2018) for the hearing on motions for summary judgment in the trade secrets case.

It is so ORDERED.

                                                /s/      /RSP/
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: February 16, 2018