UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., | ) |
|    Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 3:16-CV-00545-REP |
| JELD-WEN, INC., | ) ) ) |
|    Defendant. | ) ) |

**PARTIES AGREED AND DISPUTED PROPOSED JURY INSTRUCTIONS**

On behalf of the parties, Defendant and Counterclaimant JELD-WEN, Inc. ("JELD-WEN") respectfully submits the parties' agreed and disputed instructions. In submitting these documents, both parties reserves all rights to argue that certain instructions omitted here should be given, depending on the evidence presented at trial.

The documents submitted are:

- Exhibit A is JELD-WEN and Steves and Sons, Inc.'s ("Steves") Agreed Proposed Jury Instructions.

- Exhibit B is JELD-WEN's Proposed Jury Instructions.

- Exhibit C is Steves' Proposed Jury Instructions.

Dated: April 27, 2018

Respectfully submitted,

JELD-WEN, Inc.

By counsel

/s/Ryan T. Andrews

Ryan T. Andrews (VSB# 90519)
Margaret M. Zwisler (*pro hac vice*)
J. Scott Ballenger (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202) 637-2200 – Tel.
(202) 637-2201 – Fax
margaret.zwisler@lw.com
scott.ballenger@lw.com
allyson.maltas@lw.com
ryan.andrews@lw.com

Alfred C. Pfeiffer (*pro hac vice*)
Sarah M. Ray (*pro hac vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 – Tel.
(415) 395-8095 – Fax
al.pfeiffer@lw.com
sarah.ray@lw.com

Lawrence E. Buterman (*pro hac vice*)
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200 – Tel.
(212) 751-4864 – Fax
lawrence.buterman@lw.com

Michael W. Smith (VSB #01125)
Craig T. Merritt (VSB #20281)
R. Braxton Hill, IV (VSB # 41539)
Harrison M. Gates (VSB #80385)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100 –  Tel.
(804) 697-4112 – Fax
msmith@cblaw.com
cmerritt@cblaw.com
bhill@cblaw.com
hgates@cblaw.com

*Attorneys for Defendant and Counterclaimant*

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April 2018, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

Lewis F. Powell III
John S. Martin
Alexandra L. Klein
Maya M. Eckstein
Douglas M. Garrou
R. Dennis Fairbanks, Jr.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200 – Tel.
(804) 788-8218 – Fax
lpowell@hunton.com
martinj@hunton.com
aklein@hunton.com
meckstein@hunton.com
dgarrou@hunton.com
dfairbanks@hunton.com

Ted Dane
Glenn Pomerantz
Gregory Sergi
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9288 – Tel.
(213) 683-4088 – Fax
ted.dane@mto.com
glenn.pomerantz@mto.com
gregory.sergi@mto.com

Kyle Mach
Joshua Patashnik
Emily C. Curran-Huberty
Munger, Tolles & Olson LLP

560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000 – Tel.
(415) 512-4077 – Fax
kyle.mach@mto.com
josh.patashnik@mto.com
emily.curran-huberty@mto.com

*Attorneys for Plaintiff and Counterdefendant*

Dana D. McDaniel
Patricia Bugg Turner
Edward E. Bagwell
Spotts Fain, P.C.
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
(804) 697-2000 – Tel.
(804) 697-2100 – Fax
dmcdaniel@spottsfain.com
pturner@spottsfain.com
ebagnell@spottsfain.com

William H. Ford
Veronica S. Wolfe
Ford Murray
10001 Reunion Place, Suite 640
San Antonio, Texas 78216
(210) 731-6400 – Tel.
(210) 731-6401 – Fax
bill.ford@fordmurray.com
veronica.wolfe@fordmurray.com

*Attorneys for John G. Pierce*

Marvin G. Pipkin
Kortney Kloppe-Orton
Pipkin Law
10001 Reunion Place, Suite 6400
San Antonio, TX 78216
(210) 731-6495 – Tel.
(210) 293-2139 – Fax

*Of Counsel*

/s/Ryan T. Andrews
Ryan T. Andrews (VSB# 90519)
Margaret M. Zwisler *(pro hac vice)*
J. Scott Ballenger *(pro hac vice)*
Allyson M. Maltas *(pro hac vice)*
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202) 637-2200 – Tel.
(202) 637-2201 – Fax
margaret.zwisler@lw.com
scott.ballenger@lw.com
allyson.maltas@lw.com
ryan.andrews@lw.com

Alfred C. Pfeiffer (*pro hac vice*)
Sarah M. Ray (*pro hac vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 – Tel.
(415) 395-8095 – Fax
al.pfeiffer@lw.com
sarah.ray@lw.com

Lawrence E. Buterman *(pro hac vice)*
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200 – Tel.
(212) 751-4864 – Fax
lawrence.buterman@lw.com

Michael W. Smith (VSB #01125)
Craig T. Merritt (VSB #20281)
R. Braxton Hill, IV (VSB # 41539)
Harrison M. Gates (VSB #80385)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100 – Tel.
(804) 697-4112 – Fax
msmith@cblaw.com
cmerritt@cblaw.com

bhill@cblaw.com
hgates@cblaw.com

*Attorneys for Defendant and Counterclaimant*