IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JELD-WEN, INC.,

    Plaintiff,

v.                          Civil Action No. 3:16-cv-545

STEVES AND SONS, INC.,

    Defendant.


## VERDICT FORM

As to JELD-WEN's claims for misappropriation of trade secrets:

### SECTION I – FEDERAL ACT

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 1 is a Trade Secret? Yes____ No_√_

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO: Go to the questions for the next alleged trade secret.

Page 1

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 2 is a Trade Secret? Yes_____   No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___   No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 3 is a Trade Secret? Yes_____   No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Page 2

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 4 is a Trade Secret? Yes_____   No_✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 5 is a Trade Secret? Yes_____   No_✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes___ No___
>
> If NO:  Go to the questions for the next alleged trade secret.
>
> If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes____  No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 6 is a Trade Secret? Yes____  No__✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes___ No___
>
> If NO:  Go to the questions for the next alleged trade secret.
>
> If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes____  No____

---

Page 4

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 7 is a Trade Secret? Yes____  No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___  No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 8 is a Trade Secret? Yes____  No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___  No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 9 is a Trade Secret? Yes__✓___ No_____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes_✓__ No____

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_✓__

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 10 is a Trade Secret? Yes__✓___ No_____

If NO: go to the questions for the next alleged trade secret.

If YES:

Page 6

Was the Trade Secret misappropriated? Yes ✓ No____

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____   No ✓

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 11 is a Trade Secret? Yes ✓ No____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes ✓ No____

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____   No ✓

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 12 is a Trade Secret? Yes____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes____ No____
>
> If NO:  Go to the questions for the next alleged trade secret.
>
> If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 13 is a Trade Secret? Yes____ No__✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes____ No____
>
> If NO:  Go to the questions for the next alleged trade secret.
>
> If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 14 is a Trade Secret? Yes_____ No__✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 15 is a Trade Secret? Yes_____ No_✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 16 is a Trade Secret? Yes____   No__✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___   No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 17 is a Trade Secret? Yes____   No__✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Page 10

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes_____  No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 18 is a Trade Secret? Yes_____  No ✓___

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes_____  No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 19 is a Trade Secret? Yes_____  No ✓___

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes___  No___

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 20 is a Trade Secret? Yes____  No__✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes___  No___

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____   No____

---

Page 12

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 21 is a Trade Secret? Yes____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes___ No___
>
> If NO:  Go to the questions for the next alleged trade secret.
>
> If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____  No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 22 is a Trade Secret? Yes____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes___ No___
>
> If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 23 is a Trade Secret? Yes ✓   No_____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes ✓   No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No ✓

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 24 is a Trade Secret? Yes_____   No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Page 14

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No_____

_____

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 25 is a Trade Secret? Yes_____  No __✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No_____

_____

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 26 is a Trade Secret? Yes_____  No __✓__

If NO: go to the questions for the next alleged trade
secret.

If YES:

    Was the Trade Secret misappropriated? Yes\_\_\_  No\_\_\_

    If NO:  Go to the questions for the next alleged trade
    secret.

    If YES: Do you find, by clear and convincing evidence,
    that the misappropriation was willful and
    malicious?     Yes\_\_\_\_   No\_\_\_\_

---

Do you, the jury, find by a preponderance of the evidence
that alleged trade secret 27 is a Trade Secret? Yes\_\_\_  No ✓\_\_\_

If NO: go to the questions for the next alleged trade
secret.

If YES:

    Was the Trade Secret misappropriated? Yes\_\_\_  No\_\_\_

    If NO:  Go to the questions for the next alleged trade
    secret.

    If YES: Do you find, by clear and convincing evidence,
    that the misappropriation was willful and
    malicious?     Yes\_\_\_\_   No\_\_\_\_

---

Page 16

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 28 is a Trade Secret? Yes____ No__✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 29 is a Trade Secret? Yes____ No__✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 30 is a Trade Secret? Yes_____  No✓_____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes____  No____

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 31 is a Trade Secret? Yes✓_____  No_____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes ✓ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____   No ✓

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 32 is a Trade Secret? Yes____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 33 is a Trade Secret? Yes____ No ✓

If NO: go to the questions for the next alleged trade

secret.

If YES:

    Was the Trade Secret misappropriated? Yes\_\_\_ No\_\_\_

    If NO:  Go to the questions for the next alleged trade

    secret.

    If YES: Do you find, by clear and convincing evidence,

    that the misappropriation was willful and

    malicious?     Yes\_\_\_\_   No\_\_\_\_

---

Do you, the jury, find by a preponderance of the evidence

that alleged trade secret 34 is a Trade Secret? Yes\_\_\_\_ No\_✓\_\_

If NO: go to the questions for the next alleged trade

secret.

If YES:

    Was the Trade Secret misappropriated? Yes\_\_\_ No\_\_\_

    If NO:  Go to the questions for the next alleged trade

    secret.

    If YES: Do you find, by clear and convincing evidence,

    that the misappropriation was willful and

    malicious?     Yes\_\_\_\_   No\_\_\_\_

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 35 is a Trade Secret? Yes_____ No_____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 36 is a Trade Secret? Yes_____ No_____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 37 is a Trade Secret? Yes_____ No__✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes____ No____

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 38 is a Trade Secret? Yes_____ No__✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Page 22

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 39 is a Trade Secret? Yes____  No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 40 is a Trade Secret? Yes____  No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes___ No___

> If NO:  Go to the questions for the next alleged trade secret.

> If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____   No____

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 41 is a Trade Secret? Yes____  No ✓____

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes___ No___

> If NO:  Go to the questions for the next alleged trade secret.

> If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____   No____

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 42 is a Trade Secret? Yes____ No __✓__

> If NO: go to the questions for the next alleged trade secret.

> If YES:

>> Was the Trade Secret misappropriated? Yes___ No___

>> If NO:  Go to the questions for the next alleged trade secret.

>> If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 43 is a Trade Secret? Yes____ No __✓__

> If NO: go to the questions for the next alleged trade secret.

> If YES:

>> Was the Trade Secret misappropriated? Yes___ No___

>> If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 44 is a Trade Secret? Yes_____   No___✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___   No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 45 is a Trade Secret? Yes_____   No_✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____  No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 46 is a Trade Secret? Yes_✓__ No____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes✓_ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____  No_✓_

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 47 is a Trade Secret? Yes✓__ No____

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes ✓  No＿＿＿

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes＿＿＿   No ✓

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 48 is a Trade Secret? Yes＿＿＿  No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes＿＿＿  No＿＿＿

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes＿＿＿   No＿＿＿

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 49 is a Trade Secret? Yes____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____    No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 50 is a Trade Secret? Yes____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 51 is a Trade Secret? Yes_____  No_✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___  No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 52 is a Trade Secret? Yes_____  No_✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Page 30

Was the Trade Secret misappropriated? Yes\_\_\_ No\_\_\_

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes\_\_\_\_  No\_\_\_\_

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 53 is a Trade Secret? Yes\_\_\_\_  No✓\_\_\_

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes\_\_\_ No\_\_\_

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes\_\_\_\_  No\_\_\_\_

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 54 is a Trade Secret? Yes\_\_\_\_  No✓\_\_\_

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO: Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 55 is a Trade Secret? Yes_____ No✓___

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO: Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Page 32

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 56 is a Trade Secret? Yes____ No ✓____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 57 is a Trade Secret? Yes____ No ✓____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 58 is a Trade Secret? Yes_____ No____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes____ No____

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 59 is a Trade Secret? Yes____ No_____

If NO: go to the questions for the next alleged trade secret.

If YES:

Page 34

Was the Trade Secret misappropriated? Yes____ No ✓

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 60 is a Trade Secret? Yes____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes____ No____

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 61 is a Trade Secret? Yes____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes_____ No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 62 is a Trade Secret? Yes_____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes_____ No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 63 is a Trade Secret? Yes_____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 64 is a Trade Secret? Yes_____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

Page 37

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 65 is a Trade Secret? Yes_____   No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___   No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 66 is a Trade Secret? Yes_____   No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes____ No____

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 67 is a Trade Secret? Yes_____ No___✓__

If NO: Follow the instructions after this question.

If YES:

Was the Trade Secret misappropriated? Yes____ No____

If NO:  Follow the instructions after this question.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

If you found, in Section I, that one or more alleged trade secrets was a Trade Secret and was misappropriated, proceed to Section II. Otherwise, proceed to Section IV.

Page 39

## SECTION II

Do you, the jury, find by a preponderance of the evidence that plaintiff JELD-WEN, Inc., has sustained compensatory damages?  __✓__ YES  _____ NO

If YES, choose one:

    a.  We, the jury, award unjust enrichment damages to the plaintiff, JELD-WEN, Inc., and against the defendant, Steves and Sons, Inc., in the amount of $_____.

    -OR-

    b.  We, the jury, award reasonable royalty damages to the plaintiff, JELD-WEN, Inc., and against the defendant, Steves and Sons, Inc., in the amount of $ __1.2 million__.

## SECTION III

If you found, by clear and convincing evidence, that one or more of the Trade Secrets was willfully and maliciously

misappropriated, and if you found that JELD-WEN, Inc., sustained compensatory damages, answer the next question.

We, the jury, award exemplary damages to the plaintiff, JELD-WEN, Inc., and against the Defendant, Steves and Sons, Inc., in the amount of $_____. (Any exemplary damages you award must be no more than twice the amount of any compensatory damages you award.)

## SECTION IV – STATE ACT

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 1 is a Trade Secret? Yes____  No__✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____    No____

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 2 is a Trade Secret? Yes____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes___ No___
>
> If NO:  Go to the questions for the next alleged trade secret.
>
> If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____ No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 3 is a Trade Secret? Yes____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes___ No___
>
> If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 4 is a Trade Secret? Yes_____   No__✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes____   No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 5 is a Trade Secret? Yes_____   No__✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____  No_____

_____

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 6 is a Trade Secret? Yes_____  No_✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____  No_____

_____

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 7 is a Trade Secret? Yes_____  No_✓__

Page 44

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes___ No___
>
> If NO:  Go to the questions for the next alleged trade secret.
>
> If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____ No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 8 is a Trade Secret? Yes____ No_✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes___ No___
>
> If NO:  Go to the questions for the next alleged trade secret.
>
> If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____ No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 9 is a Trade Secret? Yes ✓ No____

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes ✓ No___

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes____   No ✓

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 10 is a Trade Secret? Yes ✓ No____

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes ✓ No___

    If NO:  Go to the questions for the next alleged trade secret.

Page 46

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No___✓___

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 11 is a Trade Secret? Yes___✓___   No_____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___✓___   No_____

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No___✓___

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 12 is a Trade Secret? Yes_____   No___✓___

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____  No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 13 is a Trade Secret? Yes_____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____  No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 14 is a Trade Secret? Yes_____ No ✓

Page 48

If NO: go to the questions for the next alleged trade
secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO:  Go to the questions for the next alleged trade
    secret.

    If YES: Do you find, by clear and convincing evidence,
    that the misappropriation was willful and
    malicious?     Yes____  No____

---

Do you, the jury, find by a preponderance of the evidence
that alleged trade secret 15 is a Trade Secret? Yes_____ No___✓

If NO: go to the questions for the next alleged trade
secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO:  Go to the questions for the next alleged trade
    secret.

    If YES: Do you find, by clear and convincing evidence,
    that the misappropriation was willful and
    malicious?     Yes____  No____

---

Page 49

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 16 is a Trade Secret? Yes_____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes_____  No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 17 is a Trade Secret? Yes_____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 18 is a Trade Secret? Yes_____ No✓_____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes____ No____

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 19 is a Trade Secret? Yes_____ No✓_____

If NO: go to the questions for the next alleged trade secret.

If YES:

Page 51

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 20 is a Trade Secret? Yes____ No___ ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 21 is a Trade Secret? Yes____ No___ ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes___ No___
>
> If NO:  Go to the questions for the next alleged trade secret.
>
> If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____  No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 22 is a Trade Secret? Yes____  No ✓____

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes___ No___
>
> If NO:  Go to the questions for the next alleged trade secret.
>
> If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____  No____

---

Page 53

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 23 is a Trade Secret? Yes ✓ No____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes ✓ No___

If NO: Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____    No ✓

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 24 is a Trade Secret? Yes____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO: Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 25 is a Trade Secret? Yes_____ No ✓_____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 26 is a Trade Secret? Yes_____ No ✓_____

If NO: go to the questions for the next alleged trade secret.

If YES:

Page 55

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 27 is a Trade Secret? Yes____  No✓___

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 28 is a Trade Secret? Yes____  No✓___

If NO: go to the questions for the next alleged trade
secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO:  Go to the questions for the next alleged trade
    secret.

    If YES: Do you find, by clear and convincing evidence,
    that the misappropriation was willful and
    malicious?    Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence
that alleged trade secret 29 is a Trade Secret? Yes_____ No ✔____

If NO: go to the questions for the next alleged trade
secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO:  Go to the questions for the next alleged trade
    secret.

    If YES: Do you find, by clear and convincing evidence,
    that the misappropriation was willful and
    malicious?    Yes_____   No_____

---

Page 57

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 30 is a Trade Secret? Yes____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO: Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes____  No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 31 is a Trade Secret? Yes ✓ No____

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes ✓ No___

    If NO: Go to the questions for the next alleged trade secret.

Page 58

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?       Yes_____   No_____ ✓

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 32 is a Trade Secret? Yes_____  No_____ ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes____  No____

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?       Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 33 is a Trade Secret? Yes_____  No_____ ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____  No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 34 is a Trade Secret? Yes____  No ✔

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____  No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 35 is a Trade Secret? Yes____  No ✔

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes\_\_\_ No\_\_\_

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?   Yes\_\_\_\_  No\_\_\_\_

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 36 is a Trade Secret? Yes\_\_\_\_ No✓\_\_\_

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes\_\_\_ No\_\_\_

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?   Yes\_\_\_\_  No\_\_\_\_

---

Page 61

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 37 is a Trade Secret? Yes_____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 38 is a Trade Secret? Yes_____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 39 is a Trade Secret? Yes_____ No__✔__

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 40 is a Trade Secret? Yes_____ No__✔__

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes____ No____

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 41 is a Trade Secret? Yes____ No ✓____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes____ No____

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 42 is a Trade Secret? Yes____ No ✓____

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes___ No___
>
> If NO:  Go to the questions for the next alleged trade secret.
>
> If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____  No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 43 is a Trade Secret? Yes____  No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

> Was the Trade Secret misappropriated? Yes___ No___
>
> If NO:  Go to the questions for the next alleged trade secret.
>
> If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____  No_____

---

Page 65

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 44 is a Trade Secret? Yes____ No ✓____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____    No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 45 is a Trade Secret? Yes____ No ✓____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

Page 66

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes_____  No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 46 is a Trade Secret? Yes ✓  No____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes ✓  No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes_____  No ✓

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 47 is a Trade Secret? Yes ✓  No____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes ✓ No___

If NO: Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious? Yes____ No ✓

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 48 is a Trade Secret? Yes____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO: Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious? Yes____ No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 49 is a Trade Secret? Yes____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 50 is a Trade Secret? Yes____ No✓____

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 51 is a Trade Secret? Yes_____ No___✓

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 52 is a Trade Secret? Yes_____ No___✓

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO:  Go to the questions for the next alleged trade secret.

Page 70

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?        Yes_____    No_____

_____

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 53 is a Trade Secret? Yes_____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes____ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?        Yes_____    No_____

_____

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 54 is a Trade Secret? Yes_____ No ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO: Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 55 is a Trade Secret? Yes_____ No ✓_____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO: Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 56 is a Trade Secret? Yes_____ No ✓_____

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes\_\_\_ No\_\_\_

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes\_\_\_\_   No\_\_\_\_

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 57 is a Trade Secret? Yes\_\_\_\_ No✓

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes\_\_\_ No\_\_\_

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?     Yes\_\_\_\_   No\_\_\_\_

---

Page 73

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 58 is a Trade Secret? Yes_____ No _✓_

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes_____  No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 59 is a Trade Secret? Yes_✓_ No_____

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes_✓_ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No___✓___

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 60 is a Trade Secret? Yes_____ No__✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO:  Go to the questions for the next alleged trade secret.

    If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?      Yes_____   No_____

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 61 is a Trade Secret? Yes_____ No__✓__

If NO: go to the questions for the next alleged trade secret.

If YES:

Page 75

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____ No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 62 is a Trade Secret? Yes____ No ✓___

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO:  Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____ No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 63 is a Trade Secret? Yes____ No ✓___

If NO: go to the questions for the next alleged trade
secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO:  Go to the questions for the next alleged trade
    secret.

    If YES: Do you find, by clear and convincing evidence,
    that the misappropriation was willful and
    malicious?    Yes____    No_____

---

Do you, the jury, find by a preponderance of the evidence
that alleged trade secret 64 is a Trade Secret? Yes____ No_✓_

If NO: go to the questions for the next alleged trade
secret.

If YES:

    Was the Trade Secret misappropriated? Yes___ No___

    If NO:  Go to the questions for the next alleged trade
    secret.

    If YES: Do you find, by clear and convincing evidence,
    that the misappropriation was willful and
    malicious?    Yes____    No_____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 65 is a Trade Secret? Yes____ No____ ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO: Go to the questions for the next alleged trade secret.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____ No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 66 is a Trade Secret? Yes____ No____ ✓

If NO: go to the questions for the next alleged trade secret.

If YES:

Was the Trade Secret misappropriated? Yes___ No___

If NO: Go to the questions for the next alleged trade secret.

Page 78

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____   No____

---

Do you, the jury, find by a preponderance of the evidence that alleged trade secret 67 is a Trade Secret? Yes____   No✓

If NO: Follow the instructions after this question.

If YES:

Was the Trade Secret misappropriated? Yes____   No____

If NO:  Follow the instructions after this question.

If YES: Do you find, by clear and convincing evidence, that the misappropriation was willful and malicious?    Yes____   No____

---

If you found, in Section IV, that one or more alleged trade secrets was a Trade Secret and was misappropriated, proceed to Section V. Otherwise, proceed to the end of this Verdict Form and sign and date it.

**SECTION V**

---

Do you, the jury, find by a preponderance of the evidence that plaintiff JELD-WEN, Inc., has sustained compensatory damages?     $\checkmark$ YES     _____ NO

If YES, choose one:

a.   We, the jury, award unjust enrichment damages to the plaintiff, JELD-WEN, Inc., and against the defendant, Steves and Sons, Inc., in the amount of

$_____.

-OR-

b.   We, the jury, award reasonable royalty damages to the plaintiff, JELD-WEN, Inc., and against the defendant, Steves and Sons, Inc., in the amount of

$ 1.2 million_____.

## SECTION VI

If you found, by clear and convincing evidence, that one or more of the Trade Secrets was willfully and maliciously

misappropriated, and if you found that JELD-WEN, Inc., sustained compensatory damages, answer the next question.

We, the jury, award exemplary damages to the plaintiff, JELD-WEN, Inc., and against the Defendant, Steves and Sons, Inc., in the amount of $_____. (Any exemplary damages you award must be no more than twice the amount of any compensatory damages you award.)

---

**END OF VERDICT FORM:**

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

Foreperson

Date:    May   11  , 2018