IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                           Civil Action No. 3:16cv545

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having considered Steves and Sons, Inc.'s Letter Brief dated April 29, 2019 (ECF No. 1956) submitted to the Special Master regarding the discontinuation of production of doorskin designs created at the Towanda facility of JELD-WEN, Inc.; JELD-WEN's Response Brief dated May 9, 2019 (ECF No. 1957); the Reply Letter Brief dated May 19, 2019 (ECF No. 1958); the July 11, 2019 oral argument before the Special Master; and the REPORT AND RECOMMENDATION of the Special Master (ECF No. 1953), and the time for filing objections to the REPORT AND RECOMMENDATION having expired and no timely objections having been filed, and having considered the record and the REPORT AND RECOMMENDATION, it is hereby ORDERED that:

(1) The REPORT AND RECOMMENDATION of the Special Master (ECF No. 1953) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION; and

(2) Steves and Sons, Inc.'s request to enjoin JELD-WEN, Inc. from discontinuing the manufacture of the Avalon, Cashal, Corvado, and Coventry doorskin designs at its Towanda facility is denied.

The Clerk is directed to send a copy of this Order to the Special Master.

It is so ORDERED.

/s/ *Rep*
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 26, 2019
Filed *nunc pro tunc* October 3, 2019