UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| STEVES AND SONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JELD-WEN, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 3:16-cv-545-REP |

## JOINT STATUS REPORT

On September 2, 2021, after having conferred with counsel for the parties regarding their negotiations respecting Steves' pending Motion for Attorney' Fees and Expenses (ECF 1878) ("Steves' Fee Motion"), the Court ordered the parties to file a Status Report by September 24, 2021 (ECF 2141).  At the joint request of the parties, the Court extended the deadline to file the Status Report to October 8, 2021 (ECF 2145).

The parties now advise the Court that they have reached an agreement that will resolve Steves' Fee Motion and anticipate that Steves will file no later than November 8, 2021 a motion to withdraw Steves' Fee Motion. The parties accordingly respectfully request that the Court stay any proceedings regarding Steves' Fee Motion until such time as Steves files a motion to withdraw it.

Dated:  October 8, 2021

Respectfully submitted,

**STEVES AND SONS, INC.**

/s/Lewis F. Powell III

Lewis F. Powell III (VSB No. 18266)
Maya M. Eckstein (VSB No. 41413)
John S. Martin (VSB No. 34618)
R. Dennis Fairbanks (VSB No. 90435)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218
lpowell@huntonAK.com
meckstein@HuntonAK.com
martinj@HuntonAK.com
dfairbank@HuntonAK.com

Glenn D. Pomerantz (pro hac vice)
Ted Dane (pro hac vice)
Kyle W. Mach (pro hac vice)
Kuruvilla Olasa (pro hac vice)
Emily C. Curran-Huberty (pro hac vice)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-9132
Facsimile:  (213) 683-5161

Marvin G. Pipkin
Kortney Kloppe-Orton
PIPKIN LAW
10001 Reunion Place, Suite 6400
San Antonio, TX  78216
Telephone:     (210) 731-6495
Facsimile:      (210) 293-2139

*Attorneys for Steves and Sons, Inc.*


**JELD-WEN, INC.**

*/s/Brian Riopelle*
Brian Riopelle (VSB #36454)
McGuirewoods LLP
800 East Canal Street
Richmond, VA 23219
Telephone:  (804) 775-1084
Fax:  (804) 698-2150
briopelle@ncguirewoods.com

Craig S. Primis, P.C. (*pro hac vice*)
Soowan Julia Choi (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Phone: (202) 389-5000
Fax: (202) 389-5200
cprimis@kirkland.com
julia. choi@kirkland.com

James H. Mutchnik (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street, Suite 2400
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200
jmutchnik@kirkland.com

*Attorneys for JELD-WEN, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system.

By /s/Lewis F. Powell III
Lewis F. Powell III