IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                                         Civil Action No. 3:16cv545

JELD-WEN, INC.,

    Defendant.

**ORDER**

There being no filing from the parties for permanent sealing pursuant to Local Civil Rule 5, it is hereby ORDERED that the Clerk shall remove from seal the following:

(1) The July 13, 2021 Letter from the Special Master (ECF No. 2124);

(2) The October 4, 2021 Letter from the Special Master (ECF No. 2150); and

(3) The October 8, 2021 Letter from the Special Master (ECF No. 2153).

It is so ORDERED.

                                                            /s/
                                        Robert E. Payne
                                        Senior United States District Judge

Richmond, Virginia
Date: October 20, 2021