UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                            Civil Action No. 3:16cv545

JELD-WEN, INC.,

    Defendant.

**ORDER**

As required by ¶ 17 of the ORDER entered herein on March 22, 2019, (ECF No. 1863), the Special Master has submitted a Report and Recommendation addressing divestiture of the defendant, JELD-WEN, Inc.'s Towanda Facility. The Report and Recommendation, and its Exhibit A, contain commercially confidential information. To protect that information and to provide the best opportunity for successfully implementing the court-ordered remedy of divestiture, it is ORDERED that the Report and Recommendation and its Exhibit A shall be filed under seal.

Redacted versions of both will be filed in the record and shall be publicly available. Counsel for the parties have been provided with a Redacted Report and Recommendation and its Exhibit A by the Court. By February 17, 2022 (at 5:00 PM, EST), counsel shall advise the Court whether any further redactions are thought necessary and, if so, state precisely what redactions are

requested. The pleadings containing those suggestions may be filed under seal, but copies thereof shall be served on opposing counsel. Until the redacted versions are filed in the record, they may be viewed only by counsel and one party representative who shall maintain the contents in strict confidence.

It is further ordered that, when finalized, the Redacted Report and Recommendation and its Exhibit A shall be filed in the record of the case and shall be sent to the United States Department of Justice for comment.

It is further ORDERED that, objections, if any, to the Report and Recommendation shall be filed as specified in ¶ 27 of the ORDER entered on March 22, 2019 (ECF No. 1863).

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 15, 2022