IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS INC.,

    Plaintiff,

v.                                      Civil Action No. 3:16-CV-545

JELD-WEN, INC.,

    Defendant.

## ORDER

This matter is before the Court on JELD-WEN, INC.'S MOTION TO SEAL THE COURTROOM DURING THE HEARING SCHEDULED FOR MAY 10, 2022 (ECF No. 2270) ("the Motion"). For good cause shown, and in order to protect the integrity of the divestiture process, it is hereby ORDERED that the Motion is granted and the May 10, 2022 hearing ("the hearing") will be a sealed hearing.

It is further ORDERED that the parties shall review the transcript of the proceedings after the hearing and, within five days of receiving the transcript, submit to the Court any redactions they deem necessary before the transcript is made publicly available.

Having conferred with the parties, it is further ORDERED that participants in the hearing may attend via Zoom conference. Participants shall contact the courtroom deputy (804-916-2228),

one hour before the hearing at the latest, to receive information about how to attend the proceedings.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 9, 2022

2