UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| STEVES AND SONS, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>JELD-WEN, INC., )<br><br>Defendant. ) | Civil Action No. 3:16-cv-545-REP |

**JELD-WEN, INC.'S NOTICE OF FILING A MOTION TO SEAL**

JELD-WEN, Inc. ("JELD-WEN"), pursuant to Rule 5 of the Local Civil Rules, provides public notice that JELD-WEN has today filed a motion to seal its Memorandum in Support of its Motion to Modify the Amended Final Judgment Under Federal Rule of Civil Procedure 60(b)(5) as well as the related Exhibits.

All parties and non-parties are hereby notified that they may submit memoranda in support of or in opposition to the motion within seven days, and that they may designate all or part of such memoranda as confidential.


| | |
|---|---|
| May 1, 2024 | Respectfully submitted:<br><br>JELD-WEN, Inc.<br><br>By counsel<br><br>*/s/ Brian C. Riopelle*<br>Brian C. Riopelle (VSB #36454)<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>Telephone: (804) 775-1084<br>Fax: (804) 698-2150<br>briopelle@mcguirewoods.com<br><br>Craig S. Primis, P.C. (*pro hac vice*)<br>Matthew S. Owen (*pro hac vice*)<br>Megan McGlynn (*pro hac vice* pending)<br>Soowan Julia Choi (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue N.W.<br>Washington, D.C. 20004<br>Phone: (202) 389-5000<br>Fax: (202) 389-5200<br>cprimis@kirkland.com<br>matt.owen@kirkland.com<br>megan.mcglynn@kirkland.com<br>julia.choi@kirkland.com<br><br>James H. Mutchnik (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Fax: (312) 862-2200<br>jmutchnik@kirkland.com<br><br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of May 2024, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service.

*/s/ Brian C. Riopelle*
Brian C. Riopelle (VSB #36454)