# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| STEVES AND SONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JELD-WEN, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 3:16-cv-545-REP |

## JELD-WEN, INC.'S MOTION TO MODIFY THE AMENDED FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)

JELD-WEN, Inc. ("JELD-WEN") respectfully moves to modify the Amended Final Judgment under Federal Rule of Civil Procedure 60(b)(5) to vacate all orders requiring JELD-WEN to divest its Towanda, Pennsylvania facility, including but not limited to (i) the October 5, 2018 Order requiring divestiture, Dkt. 1784, (ii) Section I.B of the Amended Final Judgment, Dkt. 1852, and (iii) Section 3 of the May 16, 2022 Order, Dkt. 2282.  JELD-WEN further moves for an order that (i) vacates all provisions in the November 4, 2022 Order, Dkt. 2395, that require JELD-WEN to assign the October 25, 2022 Molded Doorskin Product Agreement, Dkt. 2392, to an Acquiring Company; and (ii) orders that the October 25, 2022 Molded Doorskin Product Agreement shall apply solely to JELD-WEN and Steves and Sons, Inc. and shall take effect immediately.  The reasons that this Court should grant the motion are set forth in JELD-WEN's concurrently filed memorandum.

| | |
|---|---|
| May 1, 2024 | Respectfully submitted:<br><br>JELD-WEN, Inc.<br><br>By counsel<br><br>*/s/ Brian C. Riopelle*<br>Brian C. Riopelle (VSB #36454)<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>Telephone: (804) 775-1084<br>Fax: (804) 698-2150<br>briopelle@mcguirewoods.com<br><br>Craig S. Primis, P.C. (*pro hac vice*)<br>Matthew S. Owen (*pro hac vice*)<br>Megan McGlynn (*pro hac vice* pending)<br>Soowan Julia Choi (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue N.W.<br>Washington, D.C. 20004<br>Phone: (202) 389-5000<br>Fax: (202) 389-5200<br>cprimis@kirkland.com<br>matt.owen@kirkland.com<br>megan.mcglynn@kirkland.com<br>julia.choi@kirkland.com<br><br>James H. Mutchnik (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Fax: (312) 862-2200<br>jmutchnik@kirkland.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I certify that on the 1st day of May 2024, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service.

*/s/ Brian C. Riopelle*
Brian C. Riopelle (VSB #36454)