# EXHIBIT 23



# Steves & Sons to Build New Molded Door Skin Facility in Georgia

November 22nd, 2022 by **Editor**

Steves & Sons Inc., based in San Antonio, Texas, is investing in a new, molded door skin facility near Athens, Ga., in Jackson County. According to the offices of Georgia Governor Brian P. Kemp, the company, a high volume and family-owned millwork manufacturer will invest $100 million in the facility and expects to create 170 jobs over the next three years. Located near US-441 and Athens, Steves & Sons' 310,000-square-foot facility will produce millions of interior molded door skins annually for use in new housing construction, repair and remodeling.

"We're proud that Steves & Sons is the latest job creator to grow their operations in Georgia, and we look forward to seeing the partnership between this family-owned company and Jackson County thrive," Kemp said in a press release.

Steves & Sons offers interior and exterior door styles and types and has been recognized four times as vendor of the year by The Home Depot. The company has recently been expanding in the U.S., having announced the addition of a **new facility in Turner County, Ga.**, last December and one in **Brigham City, Utah**, in early 2022.

"Georgia has proven to be extremely helpful to Steves for our long-term manufacturing and distribution needs," said Edward Steves, CEO of Steves & Sons.

"We have all been impressed with both the natural and developed infrastructure Georgia has nourished and created, from its abundant wood fiber sources to its world-class port in Savannah. Both are critical to our expansion into Georgia," added Sam Steves, president of Steves & Sons.

In recent years, the company was in the news for taking on industry giant Jeld-Wen in a series of lawsuits, including an anti-trust suit that ultimately saw **Jeld-Wen divest its Towanda, Pa.**, plant as the last of the cases in the summer of 2021.

Tags: **Brian P. Kemp**, **Edward Steves**, **Georgia Governor**, **millwork manufacturer**, **molded door skin facility**, **Sam Steves**, **Steves & Sons Inc.**

# Leave Comment