# EXHIBIT 24

5/8/24, 10:05 AM  Manufacturer Steves & Sons, Inc. to Invest Over $100 Million in Jackson County | Georgia Department of Economic Development

Case 3:16-cv-00545-REP Document 2482-5 Filed 06/03/24 Page 2 of 5 PageID# 70101



MENU

Newsroom    Events Calendar    Blogs    Newsletter    Digital Library    Videos

Home > Manufacturer Steves & Sons, Inc. to Invest Over $100 Million in Jackson County

# Manufacturer Steves & Sons, Inc. to Invest Over $100 Million in Jackson County



ATLANTA –  November 21, 2022 –  Gov. Brian P. Kemp today announced that Steves & Sons, Inc., a high volume and family-owned millwork manufacturer, will invest over $100 million and create 170 jobs over the next three years as it builds a new, state-of-the-art facility in Jackson County. This is the company's second expansion announcement in Georgia in the last year.

"Again and again, companies choose to expand here in the No. 1 state for business because they have access to the well-trained workforce, raw materials, and infrastructure they need to grow and thrive," **said Governor Brian Kemp**. "We're proud that Steves & Sons is the latest job creator to grow their operations in Georgia, and we look forward to seeing the partnership between this family-owned company and Jackson County thrive."

Based in San Antonio, Texas, for six generations, Steves & Sons offers a variety of interior and

SIGN-UP FOR OUR ENEWSLETTER                    CONNECT WITH US

5/8/24, 10:05 AM  Manufacturer Steves & Sons, Inc. to Invest Over $100 Million in Jackson County | Georgia Department of Economic Development

Case 3:16-cv-00545-REP  Document 3482-5  Filed 06/03/24  Page 3 of 5 PageID# 70102



"Georgia has proven to be extremely helpful to Steves for our long-term manufacturing and distribution needs," **said Edward Steves, CEO of Steves & Sons**.

"We have all been impressed with both the natural and developed infrastructure Georgia has nourished and created, from its abundant wood fiber sources to its world-class port in Savannah. Both are critical to our expansion into Georgia," **added Sam Steves, President of Steves & Sons**.

Located near US-441 and Athens, Steves & Sons' 310,000-square-foot facility will produce millions of interior molded door skins annually for use in new housing construction, repair, and remodeling. The company will be hiring skilled operators, electricians, and engineers. To learn more about job opportunities with Steves & Sons, visit www.stevesdoors.com/careers or email careers@stevesdoors.com.

"We have worked long and hard to make Jackson County a place where both businesses and people want to be, and Steve & Sons' decision to locate in Jackson County is proof of that," **said Scott Martin, Chairman of the Jackson County Industrial Development Authority**. "Our business climate is absolutely thriving. We are very excited to welcome Steve & Sons, Inc. to Jackson County!"

Global Commerce Senior Project Manager Kristen Miller represented the Georgia Department of Economic Development (GDEcD) on this competitive project in partnership with the Jackson County Area Chamber of Commerce and Georgia Quick Start.

"We are thrilled that Steves & Sons is already expanding their footprint in Georgia with the announcement of this new facility in Jackson County," **said GDEcD Commissioner Pat Wilson**. "I am confident they will continue to find success here as they take advantage of one of our state's greatest economic development assets, Georgia Quick Start, to fill these newly created positions. Congratulations to the Jackson County economic development team for locating this fantastic project."

**About Steves & Sons, Inc.**

For over 156 years, Steves & Sons, Inc. has provided quality products for homes, with an emphasis



visit [www.stevesdoors.com](www.stevesdoors.com).

## Contact

Garrison Douglas - Press Secretary
Office of Governor Brian P. Kemp
[garrison.douglas@georgia.gov](garrison.douglas@georgia.gov)

Carter Chapman - Deputy Press Secretary
Office of Governor Brian P. Kemp
[carter.chapman@georgia.gov](carter.chapman@georgia.gov)

Jessica Atwell - Communications Manager
Georgia Department of Economic Development
[JAtwell@Goergia.org](JAtwell@Goergia.org)

### INTERNATIONAL TRADE NEWS & BLOGS

April 25, 2024  / Syensqo Breaks Ground on New EV Material Facility in Augusta

February 15, 2024  / SOLARCYCLE to Create 600 Jobs in Polk County at First-of-its-Kind Solar Panel Glass Plant

February 6, 2024  / Second Automotive Supplier Creating 200 New Jobs in Candler County

MORE >

### CONTACT US

Call us at +1-404-962-4000
+1-800-255-0056 for the hearing impaired

SIGN-UP FOR OUR ENEWSLETTER

CONNECT WITH US

Case 3:16-cv-00545-REP Document 2482-5 Filed 06/03/24 Page 5 of 5 PageID# 70104



Georgia Department of Economic Development
Technology Square, 75 5th Street N.W.
Suite 1200 Atlanta, GA 30308

 ExploreGeorgia.org

 GaArts.org

Site Map  |  Legal, Privacy & Copyright Information  |  ADA Public Notice  |  Human Trafficking Notice

©2024 Georgia Department of Economic Development. All Rights Reserved. GDEcD is an equal opportunity employer.

SIGN-UP FOR OUR ENEWSLETTER

CONNECT WITH US