**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| STEVES AND SONS, INC., | ) |
| Plaintiff, | ) Civil Action No. 3:16-CV-545-REP |
| v. | ) |
| JELD-WEN, INC., | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO INTERVENE

COMES NOW, Intervenors Woodgrain, Inc. and WG Towanda LLC, by and through their attorneys, and hereby move this Court for an order granting them leave to intervene in the above-captioned case pursuant to Fed. R. Civ. P. 24(a)(2) or (b)(2). This motion is supported by a memorandum in support and the Declaration of Darin Holderness that are filed herewith and that are incorporated by reference herein.

DATE: November 1, 2024

Respectfully submitted,

_____/s/_____
Cortland C. Putbrese (VSB No. 46419)
Michael Shafer (VSB No. 94984)
DUNLAP BENNETT & LUDWIG PLLC
6802 Paragon Place, Suite 410
Richmond Virginia 23230
(804) 977-2688 (t)
(804) 977-2680 (f)
cputbrese@dbllawyers.com
mshafer@dbllaywers.com

Elijah Watkins (*Pro Hac Vice* Admission Pending)
Aaron Bell (*Pro Hac Vice* Admission Pending)
DORSEY & WHITNEY, LLP
101 South Capitol Boulevard, Suite 1701
Boise, Idaho 83702
(208) 617-2550 (t)
(208) 545-5343 (f)

*Attorneys for Intervenor Woodgrain, Inc. and WG Towanda LLC*

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2024, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system.

                                                _____/s/_____
                                                Cortland C. Putbrese
                                                DUNLAP BENNETT & LUDWIG PLLC
                                                6802 Paragon Place, Suite 410
                                                Richmond Virginia 23230
                                                (804) 977-2688 (t)
                                                (804) 977-2680 (f)
                                                cputbrese@dbllawyers.com

                                                *Counsel for Intervenor Woodgrain, Inc. and WG Towanda LLC*