IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JELD-WEN, INC., <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 3:16-CV-545-REP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF DARIN HOLDERNESS IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE

I, DARIN HOLDERNESS, declare and state:

1. I am over the age of 18, and competent to testify to the matters stated herein.

2. I am the Chief Financial Officer of Woodgrain, Inc., and the Manager of WG Towanda, LLC (collectively the "Woodgrain Entities").

3. On or about October 11, 2024, the Woodgrain Entities entered into an Asset Purchase Agreement with JELD-WEN whereby JELD-WEN agreed to sell certain assets of the business conducted by JELD-WEN at the Towanda Facility to WG Towanda, LLC as the prospective purchaser. Woodgrain, Inc., is the parent company of WG Towanda, LLC, and entered into the Asset Purchase Agreement as a guarantor.

4. I executed the above-described Asset Purchase Agreement on behalf of Woodgrain, Inc. as its Chief Financial Officer. I executed the above-described Asset Purchase Agreement on behalf of WG Towanda, LLC, as its Manager.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated October 31, 2024.

*/s/ Darin Holderness*
Darin Holderness

1

4862-0731-8004\2

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2024, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system.

                                                  /s/
                                      Cortland C. Putbrese